
# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

1. Donald L. Baker, Pro Se
   Plaintiff(s)

vs.    Case No.

**11 CV - 092 TCK   PJC**

To Be Determined

**FILED**

FEB 10 2011

**Phil Lombardi, Clerk
U.S. DISTRICT COURT**

2. Kathy Holt & Glenwood Apartments (GA)
3. Clay Coffman & Coffman Investment Company (CIC)
4. Tulsa Police Department (TPD)
5. Tulsa Community Outreach Psychiatric Emergency Services (COPES)
6. Tulsa Center for Behavioral Health (TCBH)
7. Tulsa County Mental Health Court (MHC)
8. Tulsa County District Attorney (TCDA)
9. Oklahoma Dept of Mental Health and Substance Abuse Services (ODMHSAS)
10. The State of Oklahoma (OK)
11. The United States of America (USA)
    Defendant(s)

**Certificate of Service**

I hereby certify that on _____ (Date), I electronically transmitted (name of document):

N/A – Pro Se, conventional submission

to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on __8 Feb 2011__ (Date), I served the same document by:

___ Regular
_X_ U.S. Postal Service    ___ Courier Service    ___ In Person Delivery    ___ E-Mail

on the following:

Name(s) and Address(es):

GA/CIC Atty N. Blaine Frierson, 1126 S Frankfort Ave, Tulsa OK 74120-4209
City Atty Dierdre Dexter, 175 E 2nd St, Tulsa OK 74103
Tulsa Cty DA Tim Harris, 500 S Denver Ave Ste 910, Tulsa OK 74103
OK Atty Genl E. Scott Pruitt, 313 N 21st St, Oklahoma City OK 73105
U.S. Attorney's Office, 110 W. 7th St. Suite 300, Tulsa, OK 74119
PHIL LOMBARDI, Clerk of Court, 333 West Fourth Room 411, Tulsa OK 74103

Date: 8 Feb 2011

Signature: *Donald L. Baker*

Print Name: Donald L. Baker

Oklahoma State Bar Number (If Applicable):

e-mail address: dbaker586@sbcglobal.net

Firm Name:

Mailing Address: 2204 E 51st St  Apt D

City: Tulsa      State: OK    Zip Code: 74105-5843

Phone No.: 918-742-1908    Fax No.: